# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO COUNTY WATER AGENCY,<br><br>            Plaintiff,<br><br>      v.<br><br>3M COMPANY (f/k/a Minnesota Mining and Manufacturing Co.), et al.,<br><br>            Defendants. | Case No. 2:22-cv-00373-KJM-DB<br><br>**ORDER RE STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

Having considered the parties' Stipulation on the deadline for defendants to file a response to the complaint, IT IS HEREBY ORDERED that:

1. All defendants shall answer, move, or otherwise plead to the complaint twenty-eight (28) days after the JPML issues a decision on whether to transfer this action to MDL No. 2873, *In re: Aqueous Film-Forming Foams Products Liability Litigation*.

IT IS SO ORDERED.

Dated: March 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

-1-
ORDER RE STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT